FILED
CLERK, U.S. DISTRICT COURT
MAY 18 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br>EDDIE JOE ANNETT<br>    Defendant. | Case No.: CR 99-00084-AHM<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND
- UNKNOWN COMMUNITY TIES
- UNKNOWN BAIL RESOURCES
- UNDERLYING ALLEGATIONS (EVADING)

1  and/or

2  B.   ( )   The defendant has not met his/her burden of establishing by clear and
3             convincing evidence that he/she is not likely to pose a danger to the
4             safety of any other person or the community if released under 18
5             U.S.C. § 3142(b) or (c). This finding is based on the following:

6  _____
7  _____
8  _____
9  _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 5/18/12

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge